(102 So. 927)

Allen WARE v. STATE. (6 Div. 461.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Grand larceny.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.

———

(103 So. 927)

Jesse WELLS v. STATE. (7 Div. 84.) (Court of Appeals of Alabama. March 24, 1925.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Murder, second degree.

SAMFORD, J. Appeal dismissed.

———

(100 So. 927)

John WERLINE v. STATE. (3 Div. 471.) (Court of Appeals of Alabama. June 10, 1924.) Appeal from Circuit Court, Lowndes County; Arthur E. Gamble, Judge. Manslaughter in first degree.

FOSTER, J. The transcript contains a bill of exceptions, but it appears therefrom that no exceptions were reserved. There is no error in the record. The judgment of the circuit court is affirmed. Affirmed.

———

(104 So. 927)

Fred WESSLER v. STATE. (8 Div. 269.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Limestone County; James E. Horton, Jr., Judge. Distilling. R. E. Smith, of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. There is no error prejudicial to defendant, and the judgment is affirmed.

———

(104 So. 927)

Tiance WEST v. STATE. (7 Div. 113.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Cherokee County; W W. Haralson, Judge. Frank M. Savage, of Center, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The defendant was indicted, tried, and convicted for unlawfully possessing prohibited liquors. On this appeal the only insistence of error is that the state failed to meet the required burden of proof. Upon the trial of the case no exceptions were reserved, and the evidence was without conflict, as only two witnesses were examined by the state, and no testimony was offered by the defendant. The two state witnesses testified to sufficient facts to warrant the verdict and sustain the judgment, if their testimony was worthy of belief, and nothing appears to the contrary. The insistence of error by counsel for appellant cannot be sustained. Let the judgment of conviction appealed from stand affirmed. Affirmed.

(104 So. 927)

William M. WHARTON v. STATE. (6 Div. 836.) (Court of Appeals of Alabama. June 30, 1925.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. Habeas corpus. Horace C. Wilkinson, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Affirmed.

———

(104 So. 927)

Hubert WHARTON v. State. (6 Div. 837.) (Court of Appeals of Alabama. June 30, 1925.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. Habeas corpus. Horace C. Wilkinson, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Affirmed.

———

(102 So. 927)

Bob WHATLEY v. STATE. (4 Div. 41.) (Court of Appeals of Alabama. Feb. 3, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Violating prohibition law.

RICE, J. Appeal dismissed.

———

(100 So. 927)

J. M. WHITE v. W. J. CAPPS. (4 Div. 909.) (Court of Appeals of Alabama. June 12, 1924.) Appeal from Circuit Court, Henry County; H. A. Pearce, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

———

(100 So. 927)

Bill WHITE v. STATE. (8 Div. 165.) (Court of Appeals of Alabama. June 3, 1924.) Appeal from Circuit Court, Limestone County; Osceola Kyle, Judge. Making whisky.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.

———

(103 So. 927)

Emma WHITECHILD v. STATE. (6 Div. 721.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Robbery.

RICE, J. Appeal dismissed by appellant.

———

(101 So. 927)

Ira WHITMAN v. STATE. (4 Div. 976.) (Court of Appeals of Alabama. Nov. 11, 1924.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Violating prohibition law.

FOSTER, J. Affirmed.